UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TOM R. PORTER, ALAN C. DOWNEN,<br>and PALISADES COLLECTION, LLC,<br><br>    Defendants. | Case No. 07-cv-684-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                        **NORBERT JAWORSKI**

                                        **s/Vicki L. McGuire**

**Dated: January 15, 2008**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**